**MESSRELIAN LAW INC.**
Harout Messrelian, Esq., SBN 272020
500 N. Central Ave., Suite 840
Glendale, California 91203
Telephone: (818) 484-6531
Facsimile:  (818) 956-1983

Email: hm@messrelianlaw.com

Attorneys for Plaintiff Alex Salinas Mujica

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Salinas Mujica, | CASE NO.: **'22 CV 1785 BEN AHG** |
| Plaintiff, | **COMPLAINT FOR DAMAGES:** |
| Vs. | **1) NEGLIGENCE ("FTCA")** |
| | **DEMAND FOR JURY TRIAL** |
| United States Of America; U.S. Department Of Justice; Federal Bureau Of Prisons; And Does 1 To 25, Inclusive, | |
| Defendants. | |

1

**COMPLAINT FOR DAMAGES**

## COMPLAINT FOR DAMGES

COME NOW Plaintiff ALEX SALINAS MUJICA (hereinafter "Plaintiff"), for his Complaint against Defendants UNITED STATES OF AMERICA; U.S. DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF PRISONS; and DOES 1 TO 25, inclusive, and alleges as follows:

## PARTIES

1. Plaintiff, ALEX SALINAS MUJICA, is and at all times herein mentioned, was a resident of the State of California.

2. Plaintiff is informed and believes and, on that basis, alleges that Defendant UNITED STATES OF AMERICA is a sovereign government amenable to suit for civil liability under the Federal Torts Claim Act ("FTCA"), 28 U.S.C. Section 2671, et seq.

3. Plaintiff is informed and believes and, on that basis, alleges that Defendants U.S. DEPARTMENT OF JUSTICE and the FEDERAL BUREAU OF PRISONS are agencies of the United States Government and are likewise amenable to suit for civil liability under the FTCA, 28 U.S.C. Section 2671, et seq.

4. Upon information and belief, Defendants, and DOES 1 to 25, inclusive, and each of them, were, at all relevant times, officers, directors, agents, members, managers, supervisors, and/or employees of Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF PRISONS, and were involved in causing the personal injuries sustained by Plaintiff

**COMPLAINT FOR DAMAGES**

on or around April 6, 2021. The use of the term "Defendants" in any of the allegations of this Complaint, unless specifically set forth as otherwise, is intended to include and charge both jointly and severally, not only the named Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF PRISONS, but all Defendants designated as Does 1 to 25 as well.

5.   DOES 1 to 25 are sued in their individual capacity and Plaintiff is informed and believes that DOES 1 to 25 were, at all times relevant, residents of the State of California.

6.   In doing the acts and failing and omitting to act as herein described, Defendants DOES 1 to 25 were acting on the implied and actual permission and consent of Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, and/or FEDERAL BUREAU OF PRISONS.

7.   Plaintiff is unaware of the true names or capacities of the defendants sued herein as DOES 1 to 25, inclusive, and therefore sue said defendants by these fictitious names. Plaintiff is informed and believes, and upon that basis alleges that said defendants are in some manner legally responsible for the injuries and damages to Plaintiff as alleged herein. Plaintiff will seek leave to amend this Complaint to allege the true names and capacities of said fictitiously named defendants and the nature of their legal responsibility when the same have been ascertained.

**COMPLAINT FOR DAMAGES**

8.   At all times mentioned herein, each and every Defendant was the agent of each other defendant and had the legal duty to oversee and supervise the hiring, conduct, and employment of each and every Defendant.

9.   All of the acts complained of herein by Plaintiff against Defendants were done and performed by said Defendants by and through their authorized agents, servants, and/or employees, all of whom at all relevant times herein were acting within the course, purpose, and scope of said agency, service, and/or employment capacity. Moreover, Defendants and their agents ratified all of the acts complained of herein.

10. At all relevant times, the acts of any DOE Defendants that were business entities or unincorporated associations – and/or the alter egos, successors, or successors-in-interest thereof – were duly authorized, ordered, and/or directed by the Defendants' officers, directors, managers, and/or employees, and those DOE Defendants participated in the acts and conduct of their employees, agents, and representatives, and each of them, and the defendant business entities individually and collectively ratified, accepted the benefits of, condoned, lauded, acquiesced, approved, and/or consented to, the acts and omissions of their corporate employees, managing agents, directors, executives, and representatives. At all relevant times, the business entity defendants retained the ability to exercise, and in fact exercised, substantial control, whether contractual, actual, implied, or

4

**COMPLAINT FOR DAMAGES**

otherwise, over the   means and manner in which the remaining defendants conducted their business and had the power to influence the remaining defendants.

## JURISDICTION AND VENUE

11. The Court has jurisdiction over Plaintiff's claims for money damages against Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF PRISONS under 28 U.S.C. Section 1331 (as Plaintiff's claims arise under the Federal Tort Claims Act (FTCA); 28 U.S.C. section 2671, et seq.; and 28 U.S.C. Section 1346(b)(1).

12. Venue in this judicial district is proper under 28 U.S.C. Section 1402(b), because this is the judicial district wherein the acts or omissions complained of occurred.

13. Within two years of the date of Plaintiff's injuries, Plaintiff filed Administrative Claims for negligence and personal injuries with the U.S. Department of Justice and the Federal Bureau of Prisons. On or around May 25, 2022, Plaintiff received a denial of his claim and had six (6) months from the date of the mailing of the May 25, 2022 denial letter within which to file suit in the appropriate United States District Court. Thus, Plaintiff's present complaint for damages is timely filed under 28 U.S.C. 2401(b).

## GENERAL ALLEGATIONS

14. On or around April 6, 2021 at approximately 3:30am, Plaintiff was an

COMPLAINT FOR DAMAGES

inmate at the Metropolitan Correction Center in San Diego, California. At the aforementioned date and time, Plaintiff was on the top bunk bed when he suffered an epileptic seizure, causing Plaintiff to fall off the bed and sustain serious personal injuries. Defendants, and each of them, knew or should have known of Plaintiff's pre-existing medical conditions and should not have allowed Plaintiff to sleep on the top bunk bed. As a result of his fall, Plaintiff suffered a concussion, injured his neck, and sustained a laceration to his forehead requiring over 10 stitches. Plaintiff also sustained injuries to his back and has a scar on his forehead as a result of the subject incident.

## FIRST CAUSE OF ACTION

### NEGLIGENCE (FTCA)
**(Plaintiff Against All Defendants)**

15. Plaintiff realleges, repeats, and incorporates by reference each and every allegation set forth in paragraphs 1 through 14 of this Complaint, as though fully set forth herein.

16. On or around April 6, 2021, Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS, and DOES 1 to 25, and each of them, owed a duty of care to Plaintiff.

17. Upon information and belief, Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF

6

**COMPLAINT FOR DAMAGES**

PRISONS, and DOES 1 to 25, and each of them, who owned, operated, managed, maintained, and controlled the Metropolitan Correctional Center (MCC), breached their duties of care to Plaintiff on or around April 6, 2021, by negligently and recklessly allowing Plaintiff to sleep on the top bunk bed with actual or constructive knowledge of Plaintiff's past medical history, including but not limited to, Plaintiff's propensities for having epileptic seizures. Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS, and DOES 1 to 25, and each of them, failed to protect Plaintiff and failed to keep Plaintiff out of harm's way while Plaintiff was an inmate at MCC.

18. Upon information and belief, the negligence and/or recklessness of Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS, and DOES 1 to 25, and each of them, legally, directly, and proximately caused the incident, and the injuries and damages suffered by Plaintiff, in a sum in excess of the jurisdictional limits of this Court, which will be stated according to proof at the time of trial. As a legal, direct, and proximate result of the conduct of Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS, and DOES 1 to 25, and each of them, Plaintiff was injured in his health, strength, and activity, sustaining injury to the body and shock and injury to the nervous system and person, all of which have caused, and continue to cause,

**COMPLAINT FOR DAMAGES**

Plaintiff great physical and mental pain, suffering, and anguish, all to his general damage in a sum in excess of the minimal jurisdictional requirements of the Court, according to proof at the time of trial. As a legal, direct, and proximate result of the conduct of Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS, and DOES 1 to 25, and each of them, Plaintiff was required to, and did, employ physicians, surgeons, nurses, and other medical practitioners, and was required to, and did, incur medical and incidental expenses, in an amount to be shown according to proof at the time of trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for Judgment against Defendants as follows:

1. For general damages in a sum according to proof at the time of trial;
2. For special damages in a sum according to proof at the time of trial;
3. For an award of interest, including prejudgment interest, at the legal rate;
4. For costs of suit; and
5. For such other and further relief as the Court deems just and proper.

DATED: October 19, 2022             **MESSRELIAN LAW INC.**



By /s/ Harout Messrelian
    Harout Messrelian, Esq.
    Attorneys for Plaintiff

8

**COMPLAINT FOR DAMAGES**

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands, as a matter of right, a trial by jury in this case.


DATED: October 19, 2022          **MESSRELIAN LAW INC.**



By /s/ Harout Messrelian
    Harout Messrelian, Esq.
    Attorneys for Plaintiff

9

**COMPLAINT FOR DAMAGES**